BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ACETAMINOPHEN – ASD/ADHD PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. _____ |

**MOTION TO TRANSFER ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 USC § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Movant Aujenai Thompson, Individually and as Guardian Ad Litem of J.D., a minor, respectfully requests transfer and coordination for pretrial purposes of all currently filed cases identified in the Schedule of Actions annexed hereto as Ex. A ("Actions"), as well as any cases subsequently filed involving similar facts or claims ("related actions"), to a single District Court selected by this Panel.

For decades, pregnant women have been encouraged to treat pain with Acetaminophen. However, scientists recently have published studies revealing that significant Acetaminophen ingestion during pregnancy results in a higher prevalence of babies being diagnosed with autism spectrum disorder (ASD) and attention deficit hyperactivity disorder (ADHD) or attention deficit disorder (ADD). The Center for Disease Control and Prevention estimates that 1 in 44 children has been identified with autism spectrum disorder (ASD), https://www.cdc.gov/ncbddd/autism/data.html, and that by 2016, about 6.1 million children had been diagnosed from ADHD or ADD. Since the publication of these studies, lawsuits have been brought on behalf of families with children suffering from ASD and/or ADHD.

There are currently nineteen (19) actions ("Actions") pending in seven (7) different judicial districts throughout the United States, alleging similar wrongful conduct on the part of the defendants relating to the over-the-counter drug Acetaminophen ("APAP").

Movants respectfully submit that transfer for pretrial consolidation and coordination is proper and necessary for the following reasons:

1. As required by 28 U.S.C. § 1407(a), the Actions "involve[] one or more common questions of fact" arising out of common allegations related to APAP causing the same or similar injuries. Specifically, the Actions allege that the defendant manufacturers, distributors, and retailers of the drug APAP deceptively marketed and sold a dangerous drug that causes autism spectrum disorder and attention deficit/hyperactivity disorder when taken by mothers while pregnant.

2. The claims include, but are not limited to: failure to warn, breach of warranty, and claims associated with the marketing and sales of APAP.

3. Transfer and centralization of the Actions "will be for the convenience of parties and witnesses and will promote the just and efficient conduct" of the actions, 28 U.S.C. §1407(a), because it will avoid inconsistent pretrial rulings, duplicative discovery obligations, and inconsistent or overlapping class-certification rulings.

4. Transfer and centralization of the Actions also will conserve judicial resources, reduce litigation costs, and permit the cases to proceed to trial more efficiently.

5. This Motion is supported by the accompanying Memorandum in Support of this Motion to Transfer, and any other materials or oral argument that may be presented to the Panel before or at the time of any hearing on this matter.

For the reasons set forth herein and in the accompanying Memorandum in Support, Movants respectfully request that the Panel issue an Order transferring the Actions, as well as all subsequently filed related actions, to a single District Court selected by this Panel[1].

Dated: June 10, 2022

Respectfully submitted,

/s/ Mikal C. Watts
Mikal Watts (Federal ID 12419)
Texas State Bar No. 20981820
WATTS GUERRA LLC
Millennium Park Plaza RFO, Suite 410, C112
Guaynabo, Puerto Rico 00966
Phone: (210) 447-0500
Fax: (210) 447-0501
Email: mcwatts@wattsguerra.com

**ATTORNEY FOR PLAINTIFFS AUJENAI THOMPSON, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF J.D., A MINOR**

---

[1] Because this Court requests a suggested transferee Court, Plaintiffs suggest the Northern District of California.