BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| IN RE: ACETAMINOPHEN – ASD/ADHD PRODUCT LIABILITY LITIGATION | |
|---|---|
| | MDL DOCKET NO. _____ |

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Aunesty Janssen; C.R., a minor.<br><br>**Defendant(s):** CVS Health Corporation; Walgreens Boots Alliance, Inc. | U.S.D.C. Western District of Missouri (Kansas City) | 4:22-cv-00366 | Greg Kays |
| **Plaintiff(s):** Tammy Gaddis; T.G., a minor.<br><br>**Defendant(s):** Wal-Mart Stores, Inc. | U.S.D.C. Western District of Missouri (Kansas City) | 4:22-cv-00367 | Greg Kays |
| **Plaintiff(s):** Stephanie Nickles; A.N., a minor.<br><br>**Defendant(s):** Wal-Mart Stores, Inc. | U.S.D.C. Western District of Missouri (Kansas City) | 4:22-cv-00368 | Fernando J. Gaitan, Jr. |
| **Plaintiff(s):** Helena Stafford; S.S., a minor.<br><br>**Defendant(s):** CVS Health Corporation; Walgreens Boots Alliance, Inc. | U.S.D.C. Western District of Missouri (Kansas City) | 4:22-cv-00369 | Fernando J. Gaitan, Jr. |
| **Plaintiff(s):** Helena Stafford; R.S., a minor.<br><br>**Defendant(s):** CVS Health Corporation; Walgreens Boots Alliance, Inc. | U.S.D.C. Western District of Missouri (Kansas City) | 4:22-cv-00370 | Greg Kays |

| | | | |
|---|---|---|---|
| **Plaintiff(s):** Samantha Foley; A.V., a minor.<br><br>**Defendant(s):** Wal-Mart Stores, Inc. | U.S.D.C. Western District of Missouri (Joplin) | 3:22-cv-05040 | Greg Kays |
| **Plaintiff(s):** Michelle Maguire; D.M. a minor.<br><br>**Defendant(s):** Wal-Mart Stores, Inc. | U.S.D.C. Northern District of California (Oakland) | 4:22-cv-03238 | Magistrate Donna M. Ryu |
| **Plaintiff(s):** Sheri Greene; S.M., a minor.<br><br>**Defendant(s):** Safeway, Inc. | U.S.D.C. Northern District of California (Oakland) | 4:22-cv-03288 | Jeffrey White |
| **Plaintiff(s):** Aujenai Thompson; J.D., a minor;<br><br>**Defendant(s):** Walmart Inc. | U.S.D.C. District of Northern California (San Francisco) | 3:22-cv-03408 | Magistrate Joseph C. Spero |
| **Plaintiff(s):** Katrina McKinney S.M., a minor.<br><br>**Defendant(s):** CVS Health Corporation; Walgreens Boots Alliance, Inc. | U.S.D.C. Central District of California (Los Angeles) | 2:22-cv-03882 | Otis D. Wright, II |
| **Plaintiff(s):** January Johnson, J.J., a minor.<br><br>**Defendant(s):** CVS Health; Walgreens Boots Alliance | U.S.D.C. Central District of California (Los Angeles) | 2:22-cv-03864 | Magistrate Rozella A. Oliver |
| **Plaintiff(s):** Anastasia Reveal; K.W., a minor.<br><br>**Defendant(s):** Costco Wholesale Corporation | U.S.D.C. District of Nevada (Las Vegas) | 2:22-cv-00881 | Cristina D. Silva |
| **Plaintiff(s):** Tiffany Rutledge; L.R., a minor; C.R., a minor.<br><br>**Defendant(s):** Wal-Mart Stores, Inc. | U.S.D.C. Western District of Washington (Seattle) | 2:22-cv-00777 | Tana Lin |

| | | | |
|---|---|---|---|
| **Plaintiff(s):** Cherise Chapman; D.D., a minor.<br><br>**Defendant(s):** Walmart Inc. | U.S.D.C. District of Nevada (Las Vegas) | 2:22-cv-00919 | Jennifer A. Dorsey |
| **Plaintiff(s):** Franchelle Magana; J.I., a minor<br><br>**Defendant(s):** Walgreens Boots Alliance; CVS Health | U.S.D.C. District of Nevada (Las Vegas) | 2:22-cv-00920 | James C. Mahan |
| **Plaintiff(s):** Lisa Roberts; M.M., a minor.<br><br>**Defendant(s):** Wal-Mart Stores, Inc. | U.S.D.C. Western District of Arkansas (Fayetteville) | 5:22-cv-05108 | Timothy Brooks |
| **Plaintiff(s):** Robin Hatfield; C.H., a minor.<br><br>**Defendant(s):** Wal-Mart Stores, Inc. | U.S.D.C. Western District of Arkansas (Fayetteville) | 5:22-cv-05109 | Timothy Brooks |
| **Plaintiff(s):** Courtney Springer; R.S., a minor.<br><br>**Defendant(s):** Costco Wholesale Corporation | U.S.D.C. District of Minnesota | 0:22-cv-01532 | Katherine M. Menendez |
| **Plaintiff(s):** Julia Guzman; JLG, a minor<br><br>**Defendant(s):** Walgreens Co. | U.S.D.C. District of Washington (Seattle) | 2:22-cv-00810 | Pending Assignment |

Dated: June 10, 2022  Respectfully submitted,

*/s/ Mikal C. Watts*
Mikal Watts
WATTS GUERRA LLC
Millennium Park Plaza RFO, Suite 410, C112
Guaynabo, Puerto Rico 00966
Phone: (210) 447-0500
Fax: (210) 447-0501
Email: mcwatts@wattsguerra.com

**ATTORNEY FOR PLAINTIFFS AUJENAI THOMPSON, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF J.D., A MINOR**

4