BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LITIGATION ) ) ) | MDL No. 2885 |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion, Memorandum, Schedule of Actions, Exhibits and this Proof of Service was served by UPS Second Day Delivery on June 10, 2022 to the following:

**Clerks of the Courts**
*Via UPS Second Day Delivery*

Western District of Missouri
Western Division Clerk's Office
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Western District of Missouri
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Northern District of California
Ronald V. Dellums Federal Building
& United States Courthouse
1301 Clay Street, Suite 400 S
Oakland, CA 94612

Northern District of California
Phillip Burton Federal Building
 & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Central District of California
Western Division
First Street U.S. Courthouse
350 W. 1st Street, Suite 4311
Los Angeles, CA 90012-4565

District of Nevada
Las Vegas Clerk's Office
333 Las Vegas Blvd South
Las Vegas, NV 89101

District of Minnesota
Diana E. Murphy United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

Western District of Arkansas
John Paul Hammerschmidt Federal Building
35 East Mountain Street
Room 510
Fayetteville, Arkansas 72701-5354

Western District of Washington
U.S. District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

**Attorneys for Costco Wholesale Corporation**
**No. 2:22-cv-00881 (D. NV)**
**No. 0:22-cv-01532 (D. MN)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Costco Wholesale Corporation
999 LAKE DR
ISSAQUAH, WA, 98027-8990


**Attorneys for CVS Health Corporation**
**No. 4:22-cv-00366 (W.D. MO)**
**No. 4:22-cv-00369 (W.D. MO)**
**No. 4:22-cv-00370 (W.D. MO)**
**No. 2:22-cv-03864 (W.D. CA)**
**No. 2:22-cv-00920 (D. NV)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

CVS Health Corporation
1 CVS Drive
Woonsocket, RI 02895


**Attorneys for Walgreens Boot Alliance, Inc.**
**No. 4:22-cv-00366 (W.D. MO)**
**No. 4:22-cv-00369 (W.D. MO)**
**No. 4:22-cv-00370 (W.D. MO)**
**No. 2:22-cv-03864 (W.D. CA)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Walgreens Boot Alliance, Inc.
200 Wilmot Road
Deerfield, IL 60015


**Attorneys for Walgreens Co.**
**No. 2:22-cv-00810 (W.D. WA)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Walgreens Co.
200 Wilmot Road
Deerfield, IL 60015

**Attorneys for Wal-Mart, Inc., also known as Walmart Inc.**
**No. 3:22-cv-03408 (N.D. CA)**
**No. 4:22-cv-00367 (W.D. MO)**
**No. 4:22-cv-00368 (W.D. MO)**
**No. 2:22-cv-00919 (D. NV)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Wal-Mart, Inc., also known as Walmart Inc.
702 S.W. 8th St.
Bentonville, AR 72716


**Attorneys for Wal-Mart Stores, Inc.**
**No. 3:22-cv-05040 (W.D. MO)**
**No. 4:22-cv-03238 (N.D. CA)**
**No. 2:22-cv-00777 (W.D. WA)**
**No. 5:22-cv-05108 (W.D. AR)**
**No. 5:22-cv-05109 (W.D. AR)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Wal-Mart Stores, Inc.
702 S.W. 8th St.
Bentonville, AR 72716


**Attorneys for Rite Aid Corporation**
**No. 2:22-cv-03882 (W.D. CA)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011


**Attorneys for Safeway, Inc.**
**No. 4:22-cv-03288 (N.D. (CA)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Safe Way, Inc.
c/o CT Corporation System
330 N. Brand Blvd., Ste 700
Glendale, CA 91203

Dated: June 10, 2022                    Respectfully submitted,

*/s/ Mikal C. Watts*
Mikal Watts (Federal ID 12419)
Texas State Bar No. 20981820
WATTS GUERRA LLC
Millennium Park Plaza RFO, Suite 410, C112
Guaynabo, Puerto Rico 00966
Phone: (210) 447-0500
Fax: (210) 447-0501
Email: mcwatts@wattsguerra.com

**ATTORNEY FOR PLAINTIFFS AUJENAI THOMPSON, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF J.D., A MINOR**