BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ACETAMINOPHEN – ASD/ADHD PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. _____ |

**THIRD AMENDED PROOF OF SERVICE**

      I hereby certify that a copy of the foregoing Motion, Memorandum, Schedule of Actions, Exhibits and this Proof of Service was served by UPS Second Day Delivery on June 14, 2022 to the following:

**Clerks of the Courts**
*Via UPS Second Day Delivery*

Western District of Missouri
Western Division Clerk's Office
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Western District of Missouri
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Northern District of California
Ronald V. Dellums Federal Building
& United States Courthouse
1301 Clay Street, Suite 400 S
Oakland, CA 94612

Northern District of California
Phillip Burton Federal Building
  & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Central District of California
Western Division
First Street U.S. Courthouse
350 W. 1st Street, Suite 4311
Los Angeles, CA 90012-4565

District of Nevada
Las Vegas Clerk's Office
333 Las Vegas Blvd South
Las Vegas, NV 89101

District of Minnesota
Diana E. Murphy United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

Western District of Arkansas
John Paul Hammerschmidt Federal Building
35 East Mountain Street
Room 510
Fayetteville, Arkansas 72701-5354

Western District of Washington
U.S. District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

**Attorneys for Costco Wholesale Corporation**
**No. 2:22-cv-00881 (D. NV)**
**No. 0:22-cv-01532 (D. MN)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Costco Wholesale Corporation
999 LAKE DR
ISSAQUAH, WA, 98027-8990


**Attorneys for CVS Health Corporation and**
**No. 4:22-cv-00366 (W.D. MO)**
**No. 4:22-cv-00369 (W.D. MO)**
**No. 4:22-cv-00370 (W.D. MO)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

CVS Health Corporation
1 CVS Drive
Woonsocket, RI 02895


**Attorneys for CVS Health**
**No. 2:22-cv-03864 (W.D. CA)**
**No. 2:22-cv-00920 (D. NV)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

CVS Health Corporation
1 CVS Drive
Woonsocket, RI 02895


**Attorneys for Walgreens Boot Alliance, Inc.**
**No. 4:22-cv-00366 (W.D. MO)**
**No. 4:22-cv-00369 (W.D. MO)**
**No. 4:22-cv-00370 (W.D. MO)**
**No. 2:22-cv-03864 (W.D. CA)**
**No. 2:22-cv-00920 (D. N.V.)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Walgreens Boot Alliance, Inc.
200 Wilmot Road
Deerfield, IL 60015

**Attorneys for Walgreens Co.**
**No. 2:22-cv-00810 (W.D. WA)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Walgreens Co.
200 Wilmot Road
Deerfield, IL 60015


**Attorneys for Wal-Mart, Inc., also known as Walmart Inc.**
**No. 3:22-cv-03408 (N.D. CA)**
**No. 2:22-cv-00919 (D. NV)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Wal-Mart, Inc., also known as Walmart Inc.
702 S.W. 8th St.
Bentonville, AR 72716


**Attorneys for Wal-Mart Stores, Inc.**
**No. 3:22-cv-05040 (W.D. MO)**
**No. 4:22-cv-03238 (N.D. CA)**
**No. 2:22-cv-00777 (W.D. WA)**
**No. 5:22-cv-05108 (W.D. AR)**
**No. 5:22-cv-05109 (W.D. AR)**
**No. 4:22-cv-00367 (W.D. MO)**
**No. 4:22-cv-00368 (W.D. MO)**

*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Wal-Mart Stores, Inc.
702 S.W. 8th St.
Bentonville, AR 72716


**Attorneys for Rite Aid Corporation**
**No. 2:22-cv-03882 (W.D. CA)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011

**Attorneys for Safeway, Inc.**
**No. 4:22-cv-03288 (N.D. CA)**
*Via UPS Second Day Delivery*
(Counsel has not yet appeared)

Safe Way, Inc.
c/o CT Corporation System
330 N. Brand Blvd., Ste 700
Glendale, CA 91203


**Attorneys for Plaintiffs:**
**No. 4:22-cv-00366 (W.D. MO)**
**No. 4:22-cv-00367 (W.D. MO)**
**No. 4:22-cv-00368 (W.D. MO)**
**No. 4:22-cv-00369 (W.D. MO)**
**No. 4:22-cv-00370 (W.D. MO)**
**No. 3:22-cv-05040 (W.D. MO)**
*Via UPS Second Day Delivery*

| | |
|---|---|
| Adam W Krause | Charles J Cooper |
| Robert Kinsman | Davis Cooper |
| Krause & Kinsman LLC | 1717 Pennsylvania Avenue N.W. |
| 4717 Grand Avenue | Suite 1025 |
| Suite 250 | Washington, DC 20006 |
| Kansas City, MO 64112 | cooper@cooperlawpartners.com |
| adam@krauseandkinsman.com | davis@cooperlawpartners.com |
| robert@krauseandkinsman.com | |


**Attorneys for Plaintiffs:**
**No. 4:22-cv-03238 (N.D. CA)**
**No. 4:22-cv-03288 (ND. CA)**
**No. 2:22-cv-03882 (W.D. CA)**
*Via UPS Second Day Delivery*

Allen R. Ball
Law Office of Ball & Yorke
1001 Partridge Drive, Suite 330
Ventura, CA 93003
chernandez@ballandyorkelaw.com

**Attorneys for Plaintiffs:**
**No. 3:22-cv-03408 (N.D. CA)**
*Via UPS Second Day Delivery*

Khaldoun A. Baghdadi
Walkup Melodia Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108-2615
kbaghdadi@walkuplawoffice.com


**Attorneys for Plaintiffs:**
**No. 2:22-cv-03882 (W.D. CA)**
*Via UPS Second Day Delivery*

Brett Daniel Yorke
Ball and Yorke
1001 Partridge Drive Suite 330
Ventura, CA 93003
brettyorke@ballandyorkelaw.com


**Attorneys for Plaintiffs:**
**No. 2:22-cv-03864 (W.D. CA)**
*Via UPS Second Day Delivery*

Gerald Blaine Singleton
Singleton Schreiber LLP
Westlake Village
2945 Townsgate Road Suite 200
Thousand Oaks, CA 91361
gsingleton@siingletonschreiber.com

**Attorneys for Plaintiffs:**
**No. 2:22-cv-00881 (D. NV)**
**No. 2:22-cv-00777 (W.D. WA)**
*Via UPS Second Day Delivery*

| | |
|---|---|
| Ashley Barriere<br>Keller Postman LLC<br>150 N. Riverside Plaza<br>Suite 4100<br>Chicago, IL 60606<br>ashley.barriere@kellerpostman.com> | Ashley Keller<br>Keller Postman LLC<br>150 N. Riverside Plaza, Ste 5100<br>Chicago, IL 60606<br>ack@kellerpostman.com |
| Warren Postman<br>Keller Postman LLC<br>1100 Vermont Avenue, N.W.<br>12th Floor<br>Washington, DC 20005<br>wdp@kellerpostman.com | Brian E. Holthus<br>Jolley Urga Woodbury & Holthus<br>50 S. Stephanie Street<br>Ste. 202<br>Henderson, NV 89012<br>beh@juwlaw.com |

**Attorneys for Plaintiffs:**
**No. 2:22-cv-00919 (D. NV)**
**No. 2:22-cv-00920 (D. NV)**
*Via UPS Second Day Delivery*

Peter C Wetherall
Wetherall Group, Ltd.
6671 S. Las Vegas Blvd. Ste 210
Las Vegas, NV 89119
pwetherall@wetherallgroup.com

**Attorneys for Plaintiffs:**
**No. 5:22-cv-05108 (W.D. AR)**
**No. 5:22-cv-05109 (W.D. AR)**
*Via UPS Second Day Delivery*

Justin Christopher Zachary
Denton & Zachary
700 S. German Lane, Suite 101
Conway, AR 72034
justin@dentonandzachary.com

**Attorneys for Plaintiffs:**
**No. 0:22-cv-01532 (D. MN)**
*Via UPS Second Day Delivery*

Jared D. Shepherd
Campbell Knutson PA
Grand Oak Office Center I
860 Blue Gentian Rd, #290
Eagan, MN 55121
jshepherd@ck-law.com


**Attorneys for Plaintiffs:**
**No. 2:22-cv-00810 (W.D. WA)**
*Via UPS Second Day Delivery*

Corrie Johnson Yackulic
Corrie Yackulic Law Firm, PLLC
110 Prefontaine Place South, Ste 304
Seattle, WA 98104
corrie@cjylaw.com


Dated: June 14, 2022

Respectfully submitted,

*/s/ Mikal C. Watts*
Mikal Watts (Federal ID 12419)
Texas State Bar No. 20981820
WATTS GUERRA LLC
Millennium Park Plaza RFO, Suite 410, C112
Guaynabo, Puerto Rico 00966
Phone: (210) 447-0500
Fax: (210) 447-0501
Email: mcwatts@wattsguerra.com

**ATTORNEY FOR PLAINTIFFS AUJENAI THOMPSON, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF J.D., A MINOR**