BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ACETAMINOPHEN – ASD/ADHD PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. 3043 |

## NOTICE OF APPEARANCE

To: The clerk of the Court and all parties of record.

Pursuant to Rule 4.1(c), I am admitted or otherwise authorized to practice in this court, and I appear in this matter as counsel of records for the Plaintiffs in the following related actions: *Janssen, et al v. CVS Health Corporation, et al.*, W.D. MO. (4:22-cv-00366); *Gaddis, et al v. Wal-Mart Stores, Inc.,* W.D. MO. (4:22-cv-00367); *Nickles, et al v. Wal-Mart Stores, Inc.,* W.D. MO. (4:22-cv-00368); *Stafford, et al v. CVS Health Corporation, et al,* W.D. MO. (4:22-cv-00369); *Stafford, et al v. CVS Health Corporation, et al,* W.D. MO. (4:22-cv-00370); and, *Foley, et al v. Wal-Mart Stores, Inc.* W.D. MO. (3:22-cv-05040).

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

Dated: June 15, 2022

Respectfully submitted,

By: */s/ Robert L. Kinsman*
Robert L. Kinsman (MO #67427)
Adam W. Krause (MO #67462)
**KRAUSE & KINSMAN, LLC**
4717 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 760-2700
(816) 760-2800 (fax)
robert@krauseandkinsman.com
adam@krauseandkinsman.com
www.krauseandkinsman.com

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      */s/ Robert L. Kinsman*

      Attorney for Plaintiff