# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Acetaminophen - ASD/ADHD Products Liability Litigation | MDL No. 3043 |

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Keller Postman LLC notices the Clerk of the Panel of the following Related Actions that counsel believes will be part of the MDL, as listed on the Schedule of Actions, at Attachment 1. Keller Postman LLC states as follows:

On June 17, 2022, counsel filed *Melissa Mcevoy v. Target Corporation*, No. 3:22-cv-03602-JD, in the Northern District of California.

On June 27, 2022, counsel filed *Lindsey Baxter v. Wal-Mart Inc.*, No. 0:22-cv-01661-WMW-BRT, in the District of Minnesota.

On June 27, 2022, counsel filed *Linda Brewer v. Wal-Mart Stores Inc.,* No. 2:22-cv-01012-RFB-BNW, in the District of Nevada.

On June 28, 2022, counsel filed *Precious Watts v. Wal-Mart Inc.*, No. 0:22-cv-01675-WMW-BRT, in the District of Minnesota.

On June 29, 2022, counsel filed *Lilia Oleson v. Wal-Mart Stores Inc.* No. 2:22-cv-01026-RFB-DJA, in the District of Nevada.

A copy of the docket sheets and file-stamped complaints are attached to this filing.

Date: July 14, 2022                    Respectfully submitted,

    /s/ Warren Postman
    Warren Postman
      wdp@kellerpostman.com
    KELLER POSTMAN LLC
    1100 Vermont Avenue, N.W., 12th Floor
    Washington, D.C., 20005
    202-918-1123

    Counsel for Melissa Mcevoy
    Northern District of California
    No. 3:22-cv-03602-JD

    Counsel for Lindsey Baxter
    District of Minnesota
    No. 0:22-cv-01661-WMW-BRT

    Counsel for Linda Brewer
    District of Nevada
    No. 2:22-cv-01012-RFB-BNW

    Counsel for Precious Watts
    District of Minnesota
    No. 0:22-cv-01675-WMW-BRT

    Counsel for Lilia Oleson
    District of Nevada
    No. 2:22-cv-01026-RFB-DJA