BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ACETAMINOPHEN – ASD/ADHD PRODUCT LIABILITY LITIGATION | MDL No. 3043 |

**RESPONSE OF RITE AID CORPORATION IN OPPOSITION TO MOTION TO TRANSFER ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Defendant Rite Aid Corporation (Rite Aid) joins in and adopts Defendants CVS Pharmacy, Inc.'s (CVS), Walgreen Co.'s (Walgreen), and Costco Wholesale Corporation's (Costco) Response In Opposition To Plaintiffs' Motion To Transfer Actions Pursuant To 28 U.S.C. § 1407 For Coordinated Or Consolidated Pretrial Proceedings.  See Docket No. 50.

To date, Rite Aid has been sued and served in only one case alleging acetaminophen caused a child's alleged ADHD as result of her mother taking the over the counter Rite Aid brand.  CA CD, 2:2022cv3882-ODW, Katrina McKinney et al. v. Rite Aid Corporation.

Rite Aid agrees with CVS, Walgreen and Costco there is no basis for multidistrict litigation at the present time.  There are currently only 46 cases (that neither need nor require a coordination of pretrial proceedings.  *In re Proton-Pump Inhibitor Prods. Liab. Litig.*, 273 F. Supp. 3d 1360, 1361-62 (J.P.M.L. 2017) is most closely on point.  There, the panel denied the transfer of 15 drug cases with 24 tag-alongs because, in part, the prediction of many more cases was insufficient to justify transfer and coordinate the actions.  Id.

If this Court orders the transfer of the 46 cases, Rite Aid notes in support of the position of CVS, Walgreen and Costco that a New Jersey (or New York) venue is the appropriate location

for the transfer for the convenience of the parties. Rite Aid is incorporated in Delaware and has its principal place of business in Camphill, Pennsylvania. Key witnesses and evidence for Rite Aid will be located in Pennsylvania, much closer to an East Coast venue than the Northern District of California.

As important, Rite Aid does not manufacture the acetaminophen that it sold as shown in the Response of CVS, Costco and Walgreen. See page 9 of 25, Document 50. Rite Aid further does not package and does not create or control the warning labels and information for the over the counter acetaminophen is sells. 21 C.F.R. 201.326(a)(1). Rite Aid was supplied with the product by manufacturers in New York and New Jersey during the relevant timeframe in the case brought by plaintiff Katrina McKinney. For example, LNK International, also a supplier of CVS, Walgreen and Costco, supplied Rite Aid. LNK has its principal place of business in New York. See page 18 of 25, fn. 13, Document 50. GLAXOSMITHKLINE Consumer Healthcare also supplied acetaminophen to Rite Aid. GLAXOSMITHKLINE is headquartered in England. It operates from East Coast locations in Pennsylvania and North Carolina.[1]

Witnesses and evidence will be located on the East Coast for Rite Aid and its suppliers. Because selecting the location for multidistrict litigation includes consideration of the convenience of the parties and witnesses (28 U.S.C. § 1404(a)), Rite Aid urges the venue be in New York or New Jersey if this Court orders the transfer of the cases for multidistrict coordination or consolidation.

Date: August 2, 2022

BARABAN & TESKE

_James S. Link_ (signature)
James S. Link
Attorneys for Defendant Rite Aid Corporation

---

[1] See: https://www.gsk.com/en-gb/contact-us/.