BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Acetaminophen - ASD/ADHD Products Liability Litigation | MDL No. 3043 |

# ERRATA

The attached documents are being filed to remove *Jennifer King et al. v. Sam's West, Inc.*, No. 0:22-cv-02248-NEB-JFD (D. Minn), attach dockets and complaints for the related actions (Dkt. 87), and update case numbers and assigned judges on the Schedule of Actions.

Date: September 30, 2022

Respectfully submitted,

/s/ Warren Postman
Warren Postman
wdp@kellerpostman.com
KELLER POSTMAN LLC
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C., 20005
Phone: 202-918-1123
Fax: 312-971-3502

Counsel for Greetus Bureau and Z. H.
Northern District of California
No. 4:22-cv-05167-JSW

Counsel for Helen Gazley and M. A.
Northern District of California
No. 4:22-cv-05168-YGR

Counsel for Rhiann Lindberg and R. L.
Northern District of California
No. 4:22-cv-05166-YGR

Counsel for Cara Wicker and J. W.
District of Minnesota
No. 0:22-cv-02249-NEB-DTS

Counsel for Sherika Ferguson and M. B.
Northern District of California
No. 4:22-cv-05453-YGR

Counsel for Libier Camargo and J. L.
Northern District of California
No. 3:22-cv-05454-JD

Counsel for Amy Pfuhl and H.L.

Counsel for Shannon Costa and L. S.

2

| | |
|---|---|
| District of Minnesota<br>No. 0:22-cv-02384-ECT-DJF | Northern District of California<br>No. 3:22-cv-05451-JSC |
| Counsel for Kelsie Rivera and C.F.<br>District of Minnesota<br>No. 0:22-cv-02386-MJD-DTS | Counsel for Alyssa Hanson and I. H.<br>District of Minnesota<br>No. 0:22-cv-02385-PJS-LIB |
| Counsel for Nicole Tellock and A.M.<br>District of Minnesota<br>No. 0:22-cv-02380-JRT-DTS | Counsel for Kayla Strenke and A.S.<br>District of Minnesota<br>No. 0:22-cv-02382-MJD-DJF |
| | Counsel for Krysanthemum Feiler and F.C.<br>District of Minnesota<br>No. 0:22-cv-02379-ECT-LIB |